**Patrick J. Ehlers**
**Email: patrick_ehlers@fd.org**
**Federal Public Defender's Office**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 11-378 SI |
| **Plaintiff,** | |
| v. | MOTION FOR LEAVE TO FILE UNDER SEAL |
| **MILES J. JULISON,** | |
| **Defendant.** | |

      Comes now undersigned counsel, Patrick J. Ehlers, for the defendant, Miles J. Julison, and moves the Court to receive and seal in the record of this action, and all associated electronic records, the *Ex Parte* Motion to Settle Status of Representation Submitted Under Seal via hand delivery to the Court.  Said motion is based specifically on the contents of said motion insofar as it sets forth privileged information.

**Page 1 - MOTION TO SEAL**

The information set forth in the *Ex Parte* Motion to Settle Status of Representation Submitted Under Seal includes confidential, privileged, and private matters that should not at this time become part of the public record. Hence, undersigned counsel requests that the Court seal the *Ex Parte* Motion to Settle Status of Representation and all associated electronic records, and not disclose this document to any other party, person, or entity absent further written order of the Court.

Respectfully submitted this 27th day of February, 2012.

/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender