Name: _Miles Julison_
Address: _c/o 12042 SE Sunnyside Rd STE 556 #_
_Clackamas – Or 97015_
Phone: _503-807-1447_

FILED 22 MAR '12 14:33 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

_United States of America_

Plaintiff(s),

~~Civil~~ Case No: _3:11-CR-378-SI_

vs.

_Miles Julison_

Defendant(s).

_Certificate of Dishonor_

Dated: _____     _____

Certificate of Dishonor UCC 3-505

The Indictment was dishonored by Seth D Uram, Assistant US Attorney on March 19th ,2012, and alleged defendant made due protest by Registered mail # RR 600 417 455 US to Seth D Uram, Assistant US Attorney, Michael H Simon, US District Judge and Matthew Kenney, Filing Clerk, US District Court, District of Oregon by a certificate of dishonor, made under the hand and seal of a notary public at: 10201 SE Washington St Portland OR 97216 , the place where dishonor occurred, on March 21st , 2012, and before midnight of the third business day of the dishonor, namely March 19th , 2012 . A copy of such certificate of dishonor with Exhibit " B- Exemplification Certified Indictment Presentment # 3:11-CR-378-SI" and "B1- Notice of Demand for Information" is attached hereto and made a part hereof.

Without Prejudice, UCC 1-308

Miles Joseph Julison, Creation of Almighty God

COPY

## CERTIFICATE
## JURAT



State of OREGON
County of Multnomah

Signed and sworn to before me on 3-21 , 2012 by

Miles Julison

OFFICIAL SEAL
ALEXANDER V ORLOV
NOTARY PUBLIC - OREGON
COMMISSION NO. 454786
MY COMMISSION EXPIRES DECEMBER 27, 2014

Notary Public – State of Oregon        Employee of Bank of America.

**Non-Negotiable**

*Violation of Rights*

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

District of Oregon

UCC 1-308.
A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.

## EXEMPLIFICATION CERTIFICATE

I, **Mary L. Moran**, Clerk of this United States District Court,
keeper of the records and seal, certify that the attached documents: creation of Christ Jesus,
Genesis Chapter 1 of the King James Bible.
Redacted Indictment in "USA v. Miles J. Julison"
U.S. District Court Criminal Case No. 3:11-cr-378-SI
Document Number 1; Filed 9/20/11; Number of Pages: 2

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at
Portland                                              on  2/27/12
*City*                                                              *Date*

*Mary L. Moran*

Mary L. Moran, Clerk of Court

*(By) Deputy Clerk*

Page 1    Exhibit B

I, _____ Michael H. Simon _____, a Judicial Officer of this Court,
certify that **Mary L. Moran**, named above, is and was on the date noted,
Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and
the attestation of the record, are in accordance with the laws of the United States.

February 28, 2012
*Date*

*Signature of Judge*

U.S. District Court Judge
*Title*

the particular Commercial Code), Uniform Code), Uniform the in equity, relative to capacity of the law, assent, estoppel, fraud, to contract, principal and agent, misrepresentation, duress, coercion, mistake, bankruptcy, or other validating or invalidating cause, supplements its provisions.

UCC 1-103. Unless displaced by provisions of this law...

**Mary L. Moran**, Clerk of this United States District Court,
keeper of the seal, certify that the Honorable _____ Michael H. Simon _____,
*Judge*
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and
that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of
the Judge. In testimony whereof I sign my name, and affix the seal of this Court at
Portland                                         in this State, on  February 28, 2012
*City*                                                                        *Date*

*Mary L. Moran*

Mary L. Moran, Clerk of Court

*(By) Deputy Clerk*

**I reserve all my rights without Prejudice**

Case 3:11-cr-00378-SI   Document 1   Filed 09/20/11   Page 1 of 2   Page ID#: 1

**Non-Negotiable**

*Violation of Rights*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

FILED 20 SEP '11 16:14 USDC-ORP

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MILES J. JULISON,

        Defendant.

*Declaration of Miles Joseph Julison/Creation of Christ Jesus, Genesis Chapter 1 of the King James Bible.*

Case No: 3:11-cr-378 - SI

**INDICTMENT**

18 U.S.C. § 287
(False Claim Against The United States)

Exhibit B
Page 3 of 6

### THE GRAND JURY CHARGES:

### COUNT ONE
(False Claim Against The United States, 18 U.S.C. § 287)

On or about July 16, 2008, within the District of Oregon, defendant **MILES J.**

**JULISON** knowingly made and presented to the United States Treasury Department a claim

against the United States for payment of a refund of taxes in the amount of $411,773, which he

then and there knew to be false, fictitious, and fraudulent. Defendant **MILES J. JULISON**

made the claim by preparing and causing to be prepared, and by electronically filing and causing

to be electronically filed with the Internal Revenue Service, a 2007 U.S. Individual Income Tax

Return, Form 1040, which was presented to the United States Treasury Department, through the

Internal Revenue Service.

        All in violation of Title 18, United States Code, Section 287.

**UCC 1-103.**
**Unless** displaced by the particular
provisions of [the Uniform Commercial Code],
the principles of law and equity, including the
law merchant and the law relative to capacity
to contract, principal and agent, estoppel, fraud,
misrepresentation, duress, coercion, mistake,
bankruptcy, and other validating or invalidating
cause supplement its provisions.

I reserve all my rights without Prejudice



# Non-Negotiable

## COUNT TWO
### (False Claim Against The United States)

On or about January 31, 2009, within the District of Oregon, defendant **MILES J. JULISON** knowingly made and presented to the United States Treasury Department a claim against the United States for payment of a refund of taxes in the amount of $1,542,844, which he then and there knew to be false, fictitious, and fraudulent.  Defendant **MILES J. JULISON** made the claim by preparing and causing to be prepared, and by electronically filing and causing to be electronically filed with the Internal Revenue Service,  a 2008 U.S. Individual Income Tax Return, Form 1040, which was presented to the United States Treasury Department, through the Internal Revenue Service.

All in violation of Title 18, United States Code, Section 287.

Dated this 20ᵗʰ day of September, 2011.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

**DWIGHT C. HOLTON**, OSB #09054
United States Attorney
District of Oregon

*Seth D. Uram*

**SETH D. URAM**
Assistant United States Attorney

**UCC 1-103.**
Unless displaced by the particular provisions of [the Uniform Commercial Code], the principles of law and equity, including the law merchant and the law relative to capacity to contract, principal and agent, estoppel, fraud, misrepresentation, duress, coercion, mistake, bankruptcy, and other validating or invalidating cause supplement its provisions.

I reserve all my rights without Prejudice

March 14th, 2012

Miles Joseph Julison, Creation of Almighty God
c/o 12042 SE Sunnyside Rd Ste 556
Clackamas,
Oregon


TO:
SETH D. URAM, ASSISTANT US ATTORNEY
1000 SW 3rd Ave STE 600
Portland, OR 97204

## Re: **Notice of Demand For Information regarding**
## **Indictment Presentment # 3:11-CR-378-SI**

Dear Mr Uram:

I have received your charge of Indictment, September 2011, in which you state
that you are the holder of a negotiable instrument on which I am liable in the
capacity of defendant i.e. USC Title 18 section 287. Pursuant to ORS. 73-5050, I
demand, without thereby dishonoring the instrument,
(1) the exhibition and production of the accommodation party agreement
instrument (UCC 3-419) signed under penalty of perjury under the laws of the
united States of America that the foregoing is true and correct at the US District
Courthouse 1000 SW 3rd Ave, Portland, OR 97204, and
(2) reasonable proof of your identity, and
(3) evidence of your delegation of authority as the presenter to act on behalf of
United States, and
(4) the surrender of the instrument upon my making full payment thereof.


Very truly yours,
Without Prejudice, UCC1-308

Miles Joseph Julison, Creation of Almighty God

## CERTIFICATE OF SERVICE

I certify that service of the foregoing documents has, this _22_ day of _March__ 2012, been made on the *UNITED STATES*, by mailing a copy thereof, in a postage prepaid envelope, to the following address:

DWIGHT C. HOLTON, U.S. ATTORNEY
SETH D. URAM, ASSISTANT U.S. ATTORNEY
US ATTORNEYS OFFICE FOR THE DISTRICT OF OREGON
1000 SW THIRD AVE SUITE 600
PORTLAND, OREGON 97204

ALL RIGHTS RESERVED WITHOUT PREJUDICE,

Miles Julison, Creation of Almighty God
c/o 12042 SE Sunnyside Rd STE 556
Clackamas  97015
Oregon state
(503) 807-1447

SEAL/